UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTOPHER G. BAYLOR,**

    **Plaintiff,**

**v.**      Case No: 6:19-cv-1492-Orl-41GJK

**MICHAEL K. BROWNE,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 5), which recommends denying the motion and dismissing the Complaint. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3. This case is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 13, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party